IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                 Plaintiff,                     )<br>        vs.                                           )<br>Otoniel Serna,                                  )<br>                 Defendant.               )  | NO. 1:16-cr-00037 LJO-SKO-1 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       ( ) Ad Prosequendum      (X) Ad Testificandum

Name of Detainee:    Daniel Epimenio Gonzalez
Detained at (custodian):    Fresno County Detention Facility

Detainee is:    a)    ( ) Charged in this district by:
                              ( ) Indictment    ( ) Information    ( ) Complaint
                          Charging Detainee With: _____

or    b)    (X) **a witness not otherwise available by ordinary process of the Court**

Detainee will:    a)    (X) **return to the custody of detaining facility upon termination of proceedings**

or    b)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary August 15, 2016, at 10:30 a.m.,** at the U.S. District Court in Fresno, California, to testify in the above-referenced matter.

Signature: /s/ Janet Bateman
Printed Name & Phone No.: JANET BATEMAN, 2300 Tulare St., Suite 330,
                                          Fresno, CA 93721
                          Phone: (559) 487-5561
Attorney of Record for:    Otoniel Serna

## WRIT OF HABEAS CORPUS

            ( ) Ad Prosequendum      (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Aug 4, 2016
_____        _____
Date                                           United States District/Magistrate Judge

Please provide the following, if known:
    AKA(s) (if applicable)    Daniel Epimenio Gonzalez    (X) Male  ( ) Female
    Booking or CDC #:    1618476    DOB: 1/7/86
    Facility Address:    Fresno County Detention Facility
                          P. O. Box 872
                          Fresno, CA 93712
    Facility Phone:    (559) 488-3072
    Currently Incarcerated For    Inflicting Corporal Injury on Spouse/Possession of Paraphernalia

**RETURN OF SERVICE**

Executed on _____ by _____

                                                                                            Signature