HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OTONIEL SERNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00037 LJO-SKO |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| vs. | ) ) | |
| OTONIEL SERNA, | ) ) | DATE:     January 30, 2017<br>TIME:     8:30 a.m. |
| *Defendant*. | ) ) ) | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for Defendant Otoniel Serna, that **the sentencing hearing set for January 23, 2017 at 8:30 a.m., may be continued to January 30, 2017 at 8:30 a.m.**

The defense proposes this stipulation so we may receive a decision from the Teen Challenge Program regarding Mr. Serna's admission to the program prior to the sentencing hearing.

//

//

//

//

Dated: January 18, 2017            PHILLIP A. TALBERT
                                   United States Attorney


                                   */s/ Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


Dated: January 18, 2017            HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/ Victor M. Chavez*
                                   VICTOR M. CHAVEZ
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   OTONIEL SERNA


**O R D E R**

IT IS SO ORDERED.

   Dated:   **January 18, 2017**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE

Serna: Stipulation to Continue Sentencing