| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00037-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| OTONIEL SERNA, | |
| Defendant. | |

WHEREAS, on October 12, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Otoniel Serna in the following property:

    a. A Hi-Point, caliber .380, semi-automatic pistol, and

    b. All ammunition seized in this case.

AND WHEREAS, beginning on October 23, 2016, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

FINAL ORDER OF FORFEITURE      1

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Otoniel Serna.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection or Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 27, 2018**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE