McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00037 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION CONTINUING ARRAIGNMENT AND DETENTION HEARING; FINDINGS AND ORDER |
| OTONIEL SERNA, | |
| Defendants. | DATE: June 22, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

This case is set for a detention hearing on June 22, 2020. The parties stipulate and request a continuance of the proceedings to Thursday, June 25, 2020 at 2:00 p.m. Currently, the Fresno County Jail has a portion on quarantine and is doing mass COVID-19 testing due to multiple positive COVID-19 results for inmates who were transferred from Fresno County Jail to Wasco State Prison. It is unclear as to whether the defendant would be able to make any type of appearance – telephonic or otherwise – today, but it will help facilitate the mass testing at the jail by continuing this matter to Friday as proposed. Additionally, on April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. On May 13, 2020, this Court issued General Order 618, which suspends all jury trials in the Eastern District of California until further notice, and allows district judges to continue all criminal matters. This and previous General Orders were entered to address public health concerns related to COVID-19.

1

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for arraignment and detention hearing on June 22, 2020.

2. By this stipulation, defendant now moves to continue the arraignment and detention hearing to June 25, 2020 at 2:00 p.m. for the reasons set forth herein.

IT IS SO STIPULATED.

Dated:  June 22, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  June 22, 2020

/s/ ERIC V. KERSTEN
ERIC V. KERSTEN
Counsel for Defendant
OTONIEL SERNA

IT IS SO ORDERED.

Dated:  **June 22, 2020**

UNITED STATES MAGISTRATE JUDGE