McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00037 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| OTONIEL SERNA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for the defendant, that the status conference hearing on a supervised release violation set for July 22, 2020 before the Honorable Sheila K. Oberto, U.S. Magistrate Judge, be continued to August 12, 2020 at 2:00 pm.  The parties are interested in exploring a global resolution which requires the

**[Remainder of page intentionally left blank.]**

government to obtain additional information and coordinate with local authorities. The parties believe that three weeks is sufficient time to conclude this phase of the case.

Dated: July 21, 2020                             Respectfully submitted,

                                                                                         McGREGOR W. SCOTT
                                                                                         United States Attorney

                                                                    By       /s/ Kimberly A. Sanchez
                                                                            KIMBERLY A. SANCHEZ
                                                                            Assistant U.S. Attorney

Dated: July 21, 2020                             /s/ Victor Chavez
                                                                                    VICTOR CHAVEZ
                                                                                    Attorney for Defendant

IT IS SO ORDERED.

Dated:   **July 21, 2020**                             /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE