McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00037-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| OTONIEL SERNA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for the defendant, that the status conference hearing on a supervised release violation set for September 1, 2020 before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge, be continued to October 14, 2020 at 1:00 pm.  The parties have reached a tentative global resolution which requires the

**[Remainder of page intentionally left blank.]**

1

additional time to finalize.  The parties believe that the requested time is sufficient to likely file another stipulation setting the case for a District Court appearance and vacating the status conference.

Dated:  August 27, 2020                      Respectfully submitted,

                                                       McGREGOR W. SCOTT
                                                       United States Attorney

                                     By     /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

Dated: August 27, 2020                       /s/ Victor Chavez
                                                     VICTOR CHAVEZ
                                                   Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED that the status conference currently scheduled for September 1, 2020, at 2:00 p.m. be continued to **October 14, 2020, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

    Dated:   **August 28, 2020**                        /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE